THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Terry D. Campbell
 #1, Appellant.
 
 
 

Appeal From Spartanburg County
 Steven H. John, Circuit Court Judge
Unpublished Opinion No.  2009-UP-185
Submitted April 1, 2009  Filed May 4,
 2009
APPEAL DISMISSED

 
 
 
 Appellate Defender Elizabeth A. Franklin, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg,
 for Respondent.
 
 
 

PER CURIAM: Terry
 D. Campbell appeals his guilty plea to shoplifting and failure to stop for a
 blue light.  Campbell appeals his guilty plea, arguing the plea was involuntary
 because the trial court did not take into consideration his significant drug
 problem.  After a thorough
 review of the record and both briefs pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT,
 THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.